UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Milton Joseph Taylor,  )
                       )
        Petitioner,    )
                       )
   v.                  )   Civil Action No. 06 1545
                       )
U.S. Marshals Service, *et al.*,  )
                       )
        Respondents.   )

FILED

SEP 07 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this  6th  day of  Sept  2006,

ORDERED that respondent, by counsel, shall, within  30  days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

United States District Judge