UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILTON JOSEPH TAYLOR,** | : | |
| Petitioner | : | Civil Action No. 06-1545 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **U.S. MARSHALL OFFICE,** | : | |
| **U.S. PAROLE COMMISSION, et. al.** | : | |
| Respondents | : | |

# ORDER

Upon consideration of the Petitioner's Petition For A Writ of Habeas Corpus, the United States' Opposition to the Petitioner's Petition For A Writ of Habeas Corpus, and, for the reasons stated in the United States' Opposition, it is hereby

**ORDERED** that the show cause order as to the federal respondents is discharged, and that Petitioner's Petition For A Writ of Habeas Corpus is **DENIED**.

**SO ORDERED** this _____ day of _____, 2006

_____
Emmet G. Sullivan
U.S. District Court Judge

Copies to:

Milton Joseph Taylor
1175 Steven Road, S.E.
Washington, D.C. 20020

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C.  20530