# **EXHIBIT 1**

```
]    PAR8K  540*23 *           SENTENCE MONITORING            *    04-20-2006
PAGE 001           *           COMPUTATION DATA               *    09:25:21
                               AS OF 06-17-2005
```

REGNO..: 06193-016 NAME: TAYLOR, MILTON

```
FBI NO............: 126856V3              DATE OF BIRTH: ███
ARS1..............: PEM/GCT REL
UNIT..............:                        QUARTERS.....:
DETAINERS.........: NO                     NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 04-21-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   06-17-2005 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 050 -------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F4745-01
JUDGE............................: GARDNER
DATE SENTENCED/PROBATION IMPOSED: 06-14-2002
DATE PROBATION REVOKED...........: 05-07-2004
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 07-28-2004
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO
```

RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 ------------------------------
OFFENSE CODE....: 620
OFF/CHG: 33-541(A)(1), DISTRIBUTION OF HEROIN (CT.B)

```
  SENTENCE PROCEDURE..............: DC SRAA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    20 MONTHS
  TERM OF SUPERVISION.............:     2 YEARS
  DATE OF OFFENSE.................: 07-30-2001
```

G0002       MORE PAGES TO FOLLOW . . .

EXHIBIT 1

```
5H       PAR8K   540*23 *        SENTENCE MONITORING         *    04-20-2006
PAGE 002           *             COMPUTATION DATA            *    09:25:21
                                 AS OF 06-17-2005

REGNO..: 06193-016 NAME: TAYLOR, MILTON


------------------------PRIOR COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 05-20-2005 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:   050 010

DATE COMPUTATION BEGAN..........: 05-07-2004
TOTAL TERM IN EFFECT............:    20 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS       8 MONTHS
EARLIEST DATE OF OFFENSE........: 07-30-2001

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                     12-14-2001      06-18-2002

TOTAL PRIOR CREDIT TIME.........: 187
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 15
TOTAL GCT EARNED................: 15
STATUTORY RELEASE DATE PROJECTED: 06-18-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-03-2005


ACTUAL SATISFACTION DATE........: 06-17-2005
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: PEM
ACTUAL SATISFACTION KEYED BY....: BJR

DAYS REMAINING..................: 15
FINAL PUBLIC LAW DAYS...........: 1

REMARKS.......: COMP RE-CERTIFIED BY THE DC RECORDS CENTER ON 05-25-05




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8K   540*23  *       SENTENCE MONITORING      *    04-20-2006
PAGE 003                *       COMPUTATION DATA         *    09:25:21
                                AS OF 12-14-2001
```

REGNO..: 06193-016 NAME: TAYLOR, MILTON

```
FBI NO............: 126856V3              DATE OF BIRTH: █████
ARS1..............: PEM/GCT REL
UNIT..............:                       QUARTERS.....:
DETAINERS.........: NO                    NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 11-27-2001

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 12-14-2001 VIA FT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 040 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER....................: CR 97-35-01
JUDGE............................: FRIEDMAN
DATE SENTENCED/PROBATION IMPOSED: 11-13-1997
DATE SUPERVISION REVOKED.........: 06-15-2001
TYPE OF SUPERVISION REVOKED......: REG
DATE COMMITTED...................: 11-07-2001
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....: 230
OFF/CHG: 18:1708 POSSESSION OF STOLEN MAIL MATTER

```
  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
  SENTENCE IMPOSED/TIME TO SERVE.:     6 MONTHS
  TERM OF SUPERVISION............:    18 MONTHS
  DATE OF OFFENSE................: 08-12-1994
```

G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR8K   540*23  *           SENTENCE MONITORING      *    04-20-2006
PAGE 004              *              COMPUTATION DATA        *     09:25:21
                                    AS OF 12-14-2001

REGNO..: 06193-016 NAME: TAYLOR, MILTON


------------------------PRIOR COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 11-24-2004 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   040 010

DATE COMPUTATION BEGAN..........: 06-15-2001
TOTAL TERM IN EFFECT............:      6 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      6 MONTHS
EARLIEST DATE OF OFFENSE........: 08-12-1994

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-14-2001
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-14-2001


ACTUAL SATISFACTION DATE........: 12-14-2001
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: DSC
ACTUAL SATISFACTION KEYED BY....: RWR

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8K  540*23  *        SENTENCE MONITORING       *    04-20-2006
PAGE 005              *         COMPUTATION DATA          *    09:25:21
                                AS OF 10-26-1999

REGNO..: 06193-016 NAME: TAYLOR, MILTON


FBI NO...........: 126856V3                DATE OF BIRTH:
ARS1.............: PEM/GCT REL
UNIT.............:                          QUARTERS.....:
DETAINERS........: NO                       NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-26-1999 VIA GCT REL

----------------------PRIOR JUDGMENT/WARRANT NO: 030 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: CR 97-35-01
JUDGE...........................: FRIEDMAN
DATE SENTENCED/PROBATION IMPOSED: 11-13-1997
DATE COMMITTED..................: 01-07-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES            COSTS
NON-COMMITTED.:   $50.00          $00.00           $00.00           $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:   $5,000.00

-----------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 230
OFF/CHG: 18:1708 POSSESSION OF STOLEN MAIL MATTER.

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 08-12-1994




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H     PAR8K   540*23 *           SENTENCE MONITORING        *    04-20-2006
PAGE 006             *            COMPUTATION DATA           *      09:25:21
                                  AS OF 10-26-1999

REGNO..: 06193-016 NAME: TAYLOR, MILTON


- - - - - - - - - - - - - - - - - -PRIOR COMPUTATION NO: 020 - - - - - - - - - - - - - - - - - - - - - - - -

COMPUTATION 020 WAS LAST UPDATED ON 03-08-1999 AT PET AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   030 010

DATE COMPUTATION BEGAN..........: 11-13-1997
TOTAL TERM IN EFFECT............:    27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 08-12-1994

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-12-1994    08-12-1994
                                    02-20-1997    02-21-1997

TOTAL PRIOR CREDIT TIME.........: 3
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 106
TOTAL GCT EARNED................: 106
STATUTORY RELEASE DATE PROJECTED: 10-26-1999
SIX MONTH /10% DATE.............: 08-17-1999
EXPIRATION FULL TERM DATE.......: 02-09-2000


ACTUAL SATISFACTION DATE........: 10-26-1999
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: PET
ACTUAL SATISFACTION KEYED BY....: DLT

DAYS REMAINING..................: 106
FINAL PUBLIC LAW DAYS...........: 0




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8K   540*23 *         SENTENCE MONITORING          *    04-20-2006
PAGE 007          *              COMPUTATION DATA             *    09:25:21
                                 AS OF 04-22-1986

REGNO..: 06193-016 NAME: TAYLOR, MILTON


FBI NO............: 126856V3              DATE OF BIRTH:
ARS1..............: PEM/GCT REL
UNIT..............:                       QUARTERS.....:
DETAINERS.........: NO                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  04-22-1986 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F4878-80D,E
JUDGE...........................: UGAST
DATE SENTENCED/PROBATION IMPOSED: 07-23-1982
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 10-26-1982
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  644
OFF/CHG: DC OFFENSE, ROBBERY.

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:     4 YEARS

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F841-82-EFG
JUDGE...........................: STEWART
DATE SENTENCED/PROBATION IMPOSED: 07-23-1982
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 10-26-1982
5H    HOW COMMITTED.............................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H     PAR8K  540*23 *       SENTENCE MONITORING        *    04-20-2006
PAGE 008        *            COMPUTATION DATA           *    09:25:21
                             AS OF 04-22-1986

REGNO..: 06193-016 NAME: TAYLOR, MILTON


SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  606
OFF/CHG: DC OFFENSE, DEADLY WEAPONS, CARRYING.

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS

--------------------------PRIOR COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-21-1986 AT LEW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010, 020 010

DATE COMPUTATION BEGAN..........: 07-23-1982
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 50
TOTAL TERM IN EFFECT............:    10 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     10-26-1981     01-07-1982
                                     02-11-1982     07-22-1982




G0002       MORE PAGES TO FOLLOW . . .
```

```
5H     PAR8K   540*23 *           SENTENCE MONITORING          *      04-20-2006
PAGE 009 OF 009 *                  COMPUTATION DATA            *        09:25:21
                                   AS OF 04-22-1986

REGNO..: 06193-016 NAME: TAYLOR, MILTON


TOTAL JAIL CREDIT TIME..........: 236
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1200
PAROLE ELIGIBILITY..............: 11-28-1984
STATUTORY RELEASE DATE..........: 08-16-1988
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 06-02-1991
EXPIRATION FULL TERM DATE.......: 11-29-1991

PAROLE EFFECTIVE................: 04-22-1986
PAROLE EFF VERIFICATION DATE....: 04-21-1986
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 04-22-1986
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: LEW
ACTUAL SATISFACTION KEYED BY....: KRB

DAYS REMAINING..................: 2047
FINAL PUBLIC LAW DAYS...........: 0




S0039         ALL CURRENT COMPS ARE SATISFIED
```