UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILTON JOSEPH TAYLOR,** | : | |
| Petitioner | : | Civil Action No. 06-1545 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **U.S. MARSHALL OFFICE,** | : | |
| **U.S. PAROLE COMMISSION, et al,** | : | |
| Respondents | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        Interim United States Attorney
                                        D.C. Bar Number 498-610

                                        _____/s/_____
                                        ROBERT D. OKUN
                                        Assistant United States Attorney
                                        Chief, Special Proceedings Division
                                        D.C. Bar Number 457-078

                                        _____/s/_____
                                        SHERRI L. BERTHRONG
                                        Assistant United States Attorney
                                        D.C. Bar No. 249-136
                                        Sherri.Berthrong@usdoj.gov
                                        Special Proceedings Division
                                        555 4th Street, N.W., Room 10-450
                                        Washington, D.C. 20530
                                        (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Milton Joseph Taylor, 1175 Stevens Road, S.E., Washington, D.C. 20020 this 12th day of October, 2006.

                                                                            _____/s/_____
                                                                            Sherri L. Berthrong
                                                                            Assistant United States Attorney