# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MILTON JOSEPH TAYLOR,       )
                                     )
              Petitioner,     )
                                     )
         v.               )     Civil Action No. 06-1545 (EGS)
                                     )
U.S. MARSHAL SERVICE, *et al.*,   )
                                     )
            Respondents.   )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DENIED.  It is further

ORDERED that the order to show cause [Dkt. #4] is DISCHARGED.  It is further

ORDERED that petitioner's "Emergency Motion to Release Petitioner from the D.C. Jail Custody" [Dkt. #13] is DENIED.  It is further

ORDERED that petitioner's "Motion to Recuse Judge Sullivan and Re-Assign this Case to Another Judge" [Dkt. #14] is DENIED.  It is further

ORDERED that this action is DISMISSED.  This is a final appealable Order.

SO ORDERED.

Signed:      EMMET G. SULLIVAN
               United States District Judge