UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON JOSEPH TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-1545 (EGS) |
| | ) |
| U.S. MARSHAL SERVICE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### ORDER

This matter is before the Court on petitioner's "Motion to Amend and Supplement Facts to Immediately Release the Defendant" and "Motion to Amend Additional Facts to Expedite Mr. Taylor's Immediately [sic] Release from the D.C. Jail." Petitioner thus moves to reconsider the Court's December 21, 2006 Memorandum Opinion and Order which, among other things, denied his petition for a writ of habeas corpus. Nothing in petitioner's motions differs in substance from matters raised and rejected in previous decisions of this Court in this and other civil actions filed by petitioner. Petitioner finds himself in custody following the revocation of his term of supervised release.[1] The United States Parole Commission is authorized to revoke supervised release, to order petitioner's return to custody for violations of the terms of supervised release, and to impose a new term of supervised release following release from custody. These actions neither violate the United States Constitution nor require the sentencing judge's approval.

---

[1] Petitioner accepted the Parole Commission's expedited revocation proposal which revoked supervised release, imposed an eight-month term of imprisonment, and imposed a new 52-month term of supervised release following his release from imprisonment. Motion to Amend Additional Facts to Expedite Mr. Taylor's Immediately [sic] Release from the D.C. Jail, Ex. B (December 14, 2006 Response to Expedited Revocation Proposal).

It is hereby

ORDERED that petitioner's "Motion to Amend and Supplement Facts to Immediately Release the Defendant" [Dkt. #17] and "Motion to Amend Additional Facts to Expedite Mr. Taylor's Immediately [sic] Release from the D.C. Jail" are DENIED.

SO ORDERED.

Signed:        EMMET G. SULLIVAN
               United States District Judge

Dated:         August 1, 2007