UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON JOSEPH TAYLOR          :
       Petitioner,           :
                             :
    v.                    :   Civil Action No. 06-1545
                             :   (Judge E. G. Sullivan)
U.S. MARSHAL SERVICE, et al., :
       Respondents.          :

## NOTICE OF APPEALS

The petitioner, Milton J. Taylor, respectfully moves this Honorable Court to file this "Notice of Appeal" as require under the law. The petitioner now appeal the 'adverse' rulings made by judge Emmet G. Sullivan on August 1, 2007. This appeal will involve the major issues that judge Sullivan had **purposely decline to properly address Mr. Taylor's "SEPARATION OF POWER" claim,** decline to address Mr. Taylor's "DOUBLE JEOPARDY" claim, denied Mr. Taylor access to a Federal Forum, in violation of his First Amendment Rights and he had exposed Mr. Taylor to "JUDICIAL-BIAS." A Cerificate of Appealability Motion is being attach hereto.

                                      Respectfully submitted,

Dated 27th, 2007

                                      *Milton J. Taylor*
                                      1175 Stevens Rd. S.E.
RECEIVED                  Washington, D.C., 20020

SEP 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT