**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

United States of America
District of Columbia

vs. Milton Traylor

Case No.: F4745-01
PDID No.: 318-437

Probation Revoked

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☐ Guilty to the Charge(s) of Count "B", Distribution of Heroin

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Twenty (20) months in jail, Two (2) years Supervised Release.

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed
☐ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. Credit for time served.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____
☐ The Court will distribute monies to _____ (see reverse side for payment instructions.)

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

May 7, 2004
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

May 7, 2004
Date

Judge W.P. Gardner Jr.

Deputy Clerk

13

Appendix A                                    Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON JOSEPH TAYLOR, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 06-1545 (EGS) |
| U.S. MARSHAL SERVICE, *et al.*, | ) ) ) |
| Respondents. | ) |

**ORDER**

This matter is before the Court on petitioner's "Motion to Amend and Supplement Facts to Immediately Release the Defendant" and "Motion to Amend Additional Facts to Expedite Mr. Taylor's Immediately [sic] Release from the D.C. Jail." Petitioner thus moves to reconsider the Court's December 21, 2006 Memorandum Opinion and Order which, among other things, denied his petition for a writ of habeas corpus. Nothing in petitioner's motions differs in substance from matters raised and rejected in previous decisions of this Court in this and other civil actions filed by petitioner. Petitioner finds himself in custody following the revocation of his term of supervised release.[1] The United States Parole Commission is authorized to revoke supervised release, to order petitioner's return to custody for violations of the terms of supervised release, and to impose a new term of supervised release following release from custody. These actions neither violate the United States Constitution nor require the sentencing judge's approval.

---

[1] Petitioner accepted the Parole Commission's expedited revocation proposal which revoked supervised release, imposed an eight-month term of imprisonment, and imposed a new 52-month term of supervised release following his release from imprisonment. Motion to Amend Additional Facts to Expedite Mr. Taylor's Immediately [sic] Release from the D.C. Jail, Ex. B (December 14, 2006 Response to Expedited Revocation Proposal).

Appendix B

It is hereby

ORDERED that petitioner's "Motion to Amend and Supplement Facts to Immediately Release the Defendant" [Dkt. #17] and "Motion to Amend Additional Facts to Expedite Mr. Taylor's Immediately [sic] Release from the D.C. Jail" are DENIED.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
United States District Judge

Dated:    August 1, 2007

2

Appendix C