# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5327  September Term, 2007

06cv01545

Filed On:

Milton Joseph Taylor,
    Appellant

v.

United States Marshals Service, for the District of Columbia, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB - 8 2008

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Tatel and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for emergency injunctive relief or writ of mandamus, and the motion for appointment of counsel, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is

**ORDERED** that the motion for emergency injunctive relief or writ of mandamus be denied. Appellant has not satisfied the stringent standards required for an injunction pending appeal. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 32-33 (2007). Appellant also has not demonstrated that his right to mandamus is clear and indisputable. See Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). It is

**FURTHER ORDERED**, on the court's own motion, that the determination whether a certificate of appealability is warranted in this case is hereby referred to the district court for resolution in the first instance. See Mitchell v. Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). The district court shall promptly notify this court upon its issuance of a certificate of appealability or statement why a certificate should not issue. It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court. It is

**FURTHER ORDERED** that consideration of the motion for appointment of counsel be deferred pending further order of the court.

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5327**                                    **September Term, 2007**

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**