UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON JOSEPH TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-1545 (EGS) |
| | ) |
| U.S. MARSHAL SERVICE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

This matter is before the Court on petitioner's Motion for a Certificate of Appealability. The motion will be denied.

In a habeas corpus proceeding in which the detention complained of arises from process issued by a state court, an applicant cannot take an appeal unless a district judge first issues a certificate of appealability under 28 U.S.C. § 2253(c). Fed. R. App. P. 22(b)(1); *see United States v. Mitchell*, 216 F.3d 1126, 1130 (D.C. Cir. 2000). Courts of the District of Columbia are considered state courts for this purpose. *See Madley v. United States Parole Commission*, 278 F.3d 1306, 1310 (D.C. Cir. 2002). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Such a showing may include a demonstration that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

After reviewing petitioner's motion and the record of this case, the Court concludes that petitioner fails to make a substantial showing of the denial of a constitutional right. Neither the actions of the United States Parole Commission nor the prior rulings of this Court appear to have violated any statutory or constitutional provision with respect to petitioner's criminal sentence or supervised release. The Court does not consider the issues presented in the petition "adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. at 894. Accordingly, the Court concludes that a certificate of appealability should not issue.

It is hereby

ORDERED that petitioner's Motion for a Certificate of Appealability [Dkt. #21] is DENIED.

SO ORDERED.

Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      March 26, 2008