# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5327**  **September Term 2007**

06cv01545

**Filed On:** August 1, 2008

Milton Joseph Taylor,

    Appellant

v.

United States Marshals Service, for the District of Columbia, et al.,

    Appellees

    **BEFORE:**    Ginsburg, Rogers, and Garland, Circuit Judges

### ORDER

    Upon consideration of the motion for appointment of counsel, the motion to govern future proceedings, the motion for summary reversal or expedited review, and the motion to dismiss and the supplement thereto, it is

    **ORDERED** that the motion for appointment of counsel be denied.  With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits.  It is

    **FURTHER ORDERED** that the motion to govern, which asks this court to proceed without a certificate of appealability, be denied.  A certificate of appealability is a jurisdictional prerequisite to review.  See Madley v. United States Parole Comm'n, 278 F.3d 1306, 1308 (D.C. Cir. 2002).  It is

    **FURTHER ORDERED** that the motion to dismiss for lack of a certificate of appealability be granted, because appellant has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2).  It is

    **FURTHER ORDERED** that the motion for summary reversal or expedited review be dismissed as moot.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  Because no certificate of appealability has been allowed, no mandate will issue.

### Per Curiam